UST-31, 7-91

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:                                          )   Chapter 7
                                                )
GEORGE, CORDELIA DEVONNE                         )   Case No. 09-14600TUC EWH
                                                )
                                                )   PETITION TO PAY
                                                )   DIVIDEND IN AMOUNT LESS THAN
            Debtor(s)                            )   $5.00 TO THE CLERK OF THE
_____)   U.S. BANKRUPTCY COURT

       Gayle E. Mills, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared,

and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but

shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|-----------|------------------------------|--------|
| 1 | Atlanta Heart Group<br>2665 Decatur Rd., Ste. 260<br>Decatur, GA 3033-6145 | $   .14 |
| 3 | Denver Health Hospital Authority<br>c/o Aragon Agency, Inc.<br>3025 W. Sahara Ave.<br>Las Vegas, NV 89102-6094 | 4.12 |
| 13 | St. Joseph EKG Reader Panel, LLC<br>Centennial Credit<br>PO Box 217<br>Arvada, CO 80001 | .28 |
| 15 | Capio Partners<br>2222 Texoma Pkwy., Ste. 150<br>Sherman, TX 75090 | .33 |
| | TOTAL   = | $ 4.87 |

| | |
|---|---|
| November 10, 2010 | /s/ Gayle E. Mills |
| Date | Gayle E. Mills, Trustee |